# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2023 KW 0462

VERSUS

KERON D. LANDRY                                       **MAY 17, 2023**

---

In Re:      Keron D. Landry, applying for supervisory writs, 23rd
            Judicial District Court, Parish of Ascension, No.
            46260.

---

**BEFORE:    GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT GRANTED.**  The traffic stop, detention, and search of
relator's trailer and vehicle were captured on the investigating
officer's body camera. The video is the best evidence of what
occurred during this incident.   The totality of the
circumstances existing at the time of the stop did not create
reasonable suspicion of a drug crime or any other criminal
activity.  See **United States v. Cortez**, 449 U.S. 411, 417-18,
101 S.Ct. 690, 66 L.Ed.2d 621 (1981).   Absent reasonable
suspicion of additional criminal activity, waiting for or
conducting a dog sniff cannot prolong a stop justified by only a
traffic violation beyond the amount of time reasonably required
to complete the mission of issuing a traffic ticket and
attending to related safety concerns. See **Rodriguez v. United
States**, 575 U.S. 348, 135 S.Ct. 1609, 191 L.Ed.2d 492 (2015).
Therefore, the district court abused its discretion in denying
the motion to suppress.  Accordingly, the district court's
ruling is reversed, the motion is granted, and this matter is
remanded for further proceedings.

JMG
EW
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT